affirmed. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE A. CARMAN, Appellant, v. MURRAY HULBERT, as Commissioner of Docks of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL NOBLE, Appellant, v. JOHN F. HYLAN and Others, Composing the Board of Estimate and Apportionment of the City of New York, Respondents.— Order denying motion for mandamus affirmed, with ten dollars costs and disbursements, on authority of *People ex rel. Noble v. Mitchel* (170 App. Div. 379; affd., 220 N. Y. 86). Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.

SAMUEL RABINOWITZ, Appellant, v. ROSIE RABINOWITZ, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concurred.

CORNELIUS A. ROBB, Respondent, v. EAGLE SAVINGS AND LOAN COMPANY, Appellant.— Judgment affirmed, with costs, on authority of *Wareham v. Eagle Savings & Loan Company* (ante, p. 25), decided herewith. Putnam, Blackmar and Kelly, JJ., concurred; Thomas and Mills, JJ., dissented.

HYMAN H. RUBIN, Respondent, v. ELIAS RESNEK and Others, Defendants, Impleaded with STEPHEN A. MACHCINSKI, Appellant.— Order affirmed, with ten dollars costs and disbursements, without passing upon the question whether or not the final judgment in the action will be effective to cut off the rights of the appellant as trustee, if any, in the property. No opinion. Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.

JOSEPHINE RUDOLPHI, Respondent, v. SARAH WOLF and BESSIE NORD, Appellants.— Judgment and order affirmed, with costs. No opinion. Thomas, Putnam and Kelly, JJ., concurred; Jenks, P. J., dissented upon authority of *Harkin v. Crumbie* (20 Misc. Rep. 568), and Mills, J., dissented upon the ground that the finding which the verdict imports that the rain had ceased was against the evidence.

CHRISTIAN RUDOLPHI, Respondent, v. SARAH WOLF and BESSIE NORD, Appellants.— Judgment and order affirmed, with costs. No opinion. Thomas, Putnam and Kelly, JJ., concurred; Jenks, P. J., dissented upon authority of *Harkin v. Crumbie* (20 Misc. Rep. 568), and Mills, J., dissented upon the ground that the finding which the verdict imports that the rain had ceased was against the evidence.

GUSTAVE W. RUMMELL, Respondent, v. JOSEPH SEEMAN and Others, Copartners, etc., Appellants.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the recovery of damages to the sum of $4,000; in which event the judgment, as so modified, and the order are unanimously affirmed, without costs. No opinion. Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.

HERBERT SCOTT, an Infant, by CHARLES H. SCOTT, His Guardian ad Litem, Respondent, v. CHARLES D. DE VINNE, Appellant.— Judgment and